# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOSE E. MARTINEZ-ANDINO,**<br><br>**Defendant.** | **PO-26-5095-GF-JTJ**<br><br>**VIOLATION:**<br>**E1989015**<br>**Location Code: M49**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violation E1989015 and for good cause shown,

**IT IS ORDERED** that violation E1989015 is **DISMISSED**.

DATED this 3rd day of August 2026.

_____
Brian Morris, Chief District Judge
United States District Courts